# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRANDON BOWIE,** : | |
| : | Case No. 1:18-cv-00395 |
| **Plaintiff,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | |
| **HAMILTON COUNTY JUVENILE COURT,** : | |
| **et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

This matter is before the Court on Plaintiff Brandon Bowie's Motion to Reassign this Case from Judge McFarland to Judge Barrett. Doc. 52. Previously, I, as Chief Judge for the Southern District of Ohio, transferred this case from Judge Barrett to Judge McFarland. *See* Doc. 50. Plaintiff's Motion is thus construed as a Motion to Vacate my Transfer Order.

Plaintiff has failed to cite to any prudential considerations that would warrant reassigning this case to Judge Barrett. Despite Judge Barrett making one prior ruling in this case, the "interests of justice" alone do not require that the case remain on Judge Barrett's docket. Accordingly, Plaintiff's Motion [#52] is **DENIED**.

**IT IS SO ORDERED.**

        /s/ Algenon L. Marbley
        **ALGENON L. MARBLEY**
        **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: June 17, 2020**