IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| BRANDON BOWIE, | Case No. 1:18-cv-395 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| HAMILTON COUNTY JUVENILE COURT, *et al.*, | |
| Defendants. | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 51) AND DENYING PLAINTIFF'S SECOND MOTION TO ASSIGN CASE BACK TO JUDGE BARRETT (Doc. 57.)**

This case is before the Court on Plaintiff's Objection (Doc. 54) to Magistrate Judge Stephanie K. Bowman's Report and Recommendation (Doc. 51). The Magistrate Judge recommends that Defendants' Motion for Judgment on the Pleadings (Doc. 40) be granted and this matter be closed. Plaintiff filed an Objection (Doc. 54), to which the Defendants filed a Response (Doc. 56), making this matter ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objection (Doc. 54) is not well-taken and is accordingly **OVERRULED**. The Court hereby **ADOPTS** the Report and Recommendation (Doc. 51) in its entirety. Defendants' Motion for Judgment on the Pleadings (Doc. 40) is therefore **GRANTED** and this matter is hereby closed on the docket of this Court.

Additionally, Plaintiff's second Motion to Assign Case Back to Judge Barrett (Doc. 57) is **DENIED** since this issue has already been ruled on by Chief Judge Marbley. (*See* Doc. 55.)

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND